# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-00702-SVW-GJS | Date | January 24, 2017 |
|---|---|---|---|
| Title | Desiccare, Inc. v. Boveda, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
G. Warren Bleeker  
Gary J. Nelson  
Drew Wilson  

Attorneys Present for Defendants:  
David a. Davenport  
Quin Seiler  

**Proceedings:** CONTINUED PRETRIAL CONFERENCE
[143] MOTION IN LIMINE (#1) to Exclude Testimony from Kevin Keener and His Opinions filed by Defendants/Counterclaimant
[144] MOTION IN LIMINE (#2) to Exclude Opinions and Testimony Regarding Desiccare, Inc.'s Damages Claim filed by Defendants/Counterclaimant [145] MOTION IN LIMINE (#3) to Exclude Evidence of Bovedas Performance Expectations by Defendants/Counterclaimant
[146] MOTION IN LIMINE (#4) to Exclude Evidence of Consumer Reviews Posted on Amazon.com, or Other Similar Means of Communication, That Relate to Boveda and/or its Products filed by Defendants/Counterclaimant
[147] MOTION IN LIMINE (#5) to Exclude Evidence and Argument Regarding Boveda's Alleged Destruction of Evidence filed by Defendants/Counterclaimant [148] MOTION IN LIMINE (#6) to Exclude Evidence that Defendants Improperly Obtained Prototype Samples of the Integra Boost Pouches filed by Defendants/Counterclaimant
[166] MOTION IN LIMINE (#3) to Exclude THE SURVEY, EXPERT TESTIMONY, AND REPORT OF SARAH BUTLER filed by Plaintiff
[167] MOTION IN LIMINE (#2) to Exclude OPINIONS AND EXPERT TESTIMONY OF STUART BERNARD filed by Plaintiff
[168] MOTION IN LIMINE (#3) to Exclude THE SURVEY, EXPERT TESTIMONY, AND REPORT OF SARAH BUTLER filed by Plaintiff
[169] MOTION IN LIMINE (#4) to Exclude OPINIONS AND EXPERT TESTIMONY OF SEAN KNUTSEN AND TIM SWAIL filed by Plaintiff

Conference held.
The Court rules on the motions in limine. Order to issue.
The matter is set for a final pretrial conference on Thursday, January 26, 2017 at 10:00 a.m.

|  | 1 | : | 32 |
|---|---|---|---|
|  | Initials of Preparer | | PMC |