# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-00702-SVW-GJS | Date | January 26, 2017 |
|---|---|---|---|
| Title | Desiccare, Inc. v. Boveda, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Pat Cuneo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| G. Warren Bleeker | David A. Davenport |
| Gary J. Nelson | |

**Proceedings:**     FURTHER PRETRIAL CONFERENCE

Conference held.  The Court denies-in-part and grants-in-part Desiccare's Application [228]. The application is denied as to delaying the trial, and granted as to allowing the deposition requested. The deposition shall not exceed forty-five minutes.

Each side is granted five hours to put forth their case-in-chief.

Defendant is granted leave to depose Ben Blankenhorn.  The deposition will occur later today or tomorrow, and shall not exceed two hours.

|  | 1 | : | 34 |
|---|---|---|---|
| Initials of Preparer | | | PMC |