FILED
CLERK, U.S. DISTRICT COURT
Jan 30, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESICCARE, INC., a Nevada corporation,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>　　vs.<br><br>BOVEDA, INC., a Minnesota corporation, and CHARLES RUTHERFORD, an individual,<br><br>　　Defendants/Counterclaimant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:16-cv-00702 SVW(GJSx)<br><br>**ORDER ON STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Hon. Stephen V. Wilson |

IT IS SO ORDERED.

DATED: January 30, 2017

_[signature]_

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

Lewis Roca ROTHGERBER CHRISTIE
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Desiccare, Inc. ("Desiccare"), Defendant and Counterclaimant Boveda, Inc. ("Boveda"), and Defendant Charles Rutherford stipulate to dismiss all claims and counterclaims with prejudice, and each party will bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: January 30, 2017

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/ G. Warren Bleeker
G. Warren Bleeker

Attorneys for Plaintiff and Counterclaim Defendant Desiccare, Inc.

Dated: January 30, 2017

WINTHROP & WEINSTINE, P.A.

By /s/ David A. Davenport
David A. Davenport

Attorneys for Defendant and Counterclaimant Boveda, Inc. and Defendant Charles Rutherford

L.R. 5-4.3.4(a)(2)(i) Certification:

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/G. Warren Bleeker

GWB PAS1460867.1-*-01/30/17 9:33 AM